125 BROAD STREET, 39TH FLOOR   NEW YORK, NEW YORK 10004-2400

www.sdma.com   212.422.0202 *phone*   212.422.0925 *fax*



*Margot N. Wilensky*
*212-898-5522*
*margot.wilensky@sdma.com*

February 10, 2010

*Via Facsimile and ECF*

The Honorable Michael A. Shipp, U.S.M.J.
United States District Court for the
District of New Jersey
50 Walnut Street
Newark, New Jersey 07101
*Courtesy Copy, Original Filed ECF*

**Re: *Aponte v. Las Palmas Restaurant Corp.***
   Docket No.: 09-4859
   Our File No.: 03057-000029

Dear Judge Shipp:

This firm represents defendant Erikas LLC d/b/a Las Palmas Restaurant, i/s/a "Las Palmas Restaurant Corp." ("Las Palmas") in the above-referenced matter. I write to seek a 30 day adjournment of the initial conference, which is currently scheduled for February 24, 2010. The parties have reached a settlement in principle, and are currently in the process of executing a general release. It is the parties' goal to finalize the settlement prior to February 24, 2010, in order to obviate the need for a conference. The parties will immediately inform Your Honor and file a Stipulation of Dismissal once the settlement is complete.

We appreciate Your Honor's time and attention to this matter.

Respectfully submitted,

Margot N. Wilensky
Sedgwick, Detert, Moran & Arnold LLP

MW/mw

NY/559936v1

Judge Michael A. Shipp
Re: Aponte v. Las Palmas Restaurant Corp.
February 10, 2010
Page 2

cc:

Honorable Dickinson R. Debevoise, U.S.D.J.
United States District Court
50 Walnut Street
Newark, New Jersey 07101
*Courtesy Copy, Original Filed via ECF*

Emily Lavelle, Esq.
38 Willis Avenue
Mineola, New York 11501
Attorneys for Plaintiff

NY/559936v1