UNITED STATES DISTRICT COURT  **CLOSED**
DISTRICT OF NEW JERSEY
NEWARK, NEW JERSEY

CLISANTA APONTE            :
                           :
        V.                 :          **ORDER**
                           :
LAS PALMAS RESTAURANT CORP. et al  :
                           :
                           :          Civil 09-4859 (DRD)
                           :

It has been reported to the Court that the above entitled action has been settled;

**It is on this 24th.day of MARCH, 2010**

**O R D E R E D** that this action be and is hereby dismissed as to all litigants, without costs and without prejudice to the right, upon good cause shown within 60 days, to re-open this action if the settlement has not been consummated. The Court shall retain jurisdiction to enforce any settlement agreement.

　　　　　　　　　　　　　　　　　　　　　_/s/ Dickinson R. Debevoise_
　　　　　　　　　　　　　　　　　　　　　**DICKINSON R. DEBEVOISE**
　　　　　　　　　　　　　　　　　　　　　United States District Judge