

45 Broadway, 21st Floor, New York, NY 10006
212.952.1100 • Fax: 212.952.1110
*www.hcandglaw.com*

*Margot Wilensky*
*Direct: 212.952.1106*
*margot.wilensky@hcandglaw.com*

September 22, 2010

**Via ECF**
The Honorable Michael A. Shipp, U.S.M.J.
United States District Court
District of New Jersey
50 Walnut Street
Newark, New Jersey 07101

*Re: **Aponte v. Las Palmas Restaurant Corp.***
Docket No.: 09-4859
Our File No.: 348-1005

Dear Judge Shipp:

    This firm represents defendant Erikas LLC d/b/a Las Palmas Restaurant, i/s/a "Las Palmas Restaurant Corp." ("Las Palmas") in the above-referenced matter. This matter was closed by the Court on March 25, 2010. Attached as **Exhibit "A"** is an executed Stipulation of Dismissal With Prejudice and Without Costs. We respectfully request that Your Honor So-Order the Stipulation.

    We appreciate the Your Honor's time and attention to this matter.

Respectfully submitted,

Margot Wilensky
Haworth Coleman & Gerstman, LLC

MW/mw

cc: *via ECF*
All Counsel of Record

*New Jersey Office:* 660 Newark Avenue, Jersey City, NJ 07306 Tel: 201.465.4180 Fax: 201.465.4182